IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERIE WHITE,

      Plaintiff,　　　　　　　　　　NO. CIV. S-10-2642 KJM-GGH

   v.

BED BATH & BEYOND OF CALIFORNIA, LLC.; et al.,　　　　　　　　　ORDER

      Defendants.
_____/

        On June 10, 2011, the court directed plaintiff to file a letter brief setting forth its position with respect to settlement with defendant Nicholas A. Speno 1999 Separate Property, LLC ("Speno").  (ECF 22.)  Plaintiff responded on June 24, 2011 (ECF 23) and defendants filed a reply on June 30, 2011 (ECF 24).  The parties' responses do not demonstrate that the parties have reached an understanding regarding settlement of this case.

        Accordingly, defendant Speno is hereby ORDERED to respond to the first amended complaint within three (3) weeks of the filing of this order.  Defendant Speno is further DIRECTED to abide by the schedule set forth in the court's April 29, 2011 status (pretrial scheduling) order.  (ECF 19.)  The parties are to notify the court immediately if a settlement agreement is reached in future.

        IT IS SO ORDERED.

DATED: July 15, 2011.

_____
UNITED STATES DISTRICT JUDGE