1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  MARTIN H. ORLICK, SBN 083908
   JEFFER, MANGELS, BUTLER & MITCHELL LLP
7  Two Embarcadero Center, Fifth Floor
   San Francisco, CA 94111-3824
8  Telephone: (415) 398-8080
   Facsimile: (415) 398-5584
9
   Attorneys for Defendants
10 BED BATH & BEYOND OF CALIFORNIA
   LIMITED LIABILITY COMPANY and
11 NICOLAS A. SPENO 1999 SEPARATE PROPERTY,
   LLC
12

13              UNITED STATES DISTRICT COURT
14              EASTERN DISTRICT OF CALIFORNIA
15

16 SHERIE WHITE,                    Case No. 2:10-CV-02642-KJM-GGH
17      Plaintiff,
                                    STIPULATION FOR DISMISSAL and
18 v.                               ORDER THEREON
19
   BED BATH & BEYOND OF
20 CALIFORNIA LIMITED LIABILITY
   COMPANY, et al.,
21
        Defendants.
22  _____/

23
24
25
26
27
28

Stipulation for Dismissal and                    *White v. Bed Bath & Beyond of CA, et al.*
Order Thereon                   - 1 -           Case No. 2:10-cv-02642-KJM-GGH

TO THE COURT AND ALL PARTIES:

    Plaintiff, SHERIE WHITE, and defendants, BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY and NICOLAS A. SPENO 1999 SEPARATE PROPERTY, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: October 18, 2011        DISABLED ADVOCACY GROUP, APLC

                                                  */s/ Lynn Hubbard III*
                                                  LYNN HUBBARD III
                                                  Attorney for Plaintiff

Dated: October 18, 2011        JEFFER, MANGELS, BUTLER & MITCHELL LLP

                                                    */s/ Martin H. Orlick*
                                                  MARTIN H. ORLICK
                                                  Attorney for Defendants BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY and NICOLAS A. SPENO 1999 SEPARATE PROPERTY, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-02642-KJM-GGH, is hereby dismissed with prejudice in its entirety.

Dated: October 24, 2011.

                                                  UNITED STATES DISTRICT JUDGE