LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

MARTIN H. ORLICK, SBN 083908
JEFFER, MANGELS, BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants
BED BATH & BEYOND OF CALIFORNIA
LIMITED LIABILITY COMPANY and
NICOLAS A. SPENO 1999 SEPARATE PROPERTY,
LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY, et al.,<br><br>    Defendants.<br>_____/ | Case No. 2:10-CV-02642-KJM-GGH<br><br>STIPULATION FOR DISMISSAL and ORDER THEREON |

Stipulation for Dismissal and
Order Thereon                         - 1 -            *White v. Bed Bath & Beyond of CA, et al.*
                                                        Case No. 2:10-cv-02642-KJM-GGH

TO THE COURT AND ALL PARTIES:

    Plaintiff, SHERIE WHITE, and defendants, BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY and NICOLAS A. SPENO 1999 SEPARATE PROPERTY, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: October 18, 2011        DISABLED ADVOCACY GROUP, APLC

                                            /s/ *Lynn Hubbard III*
                                            LYNN HUBBARD III
                                            Attorney for Plaintiff

Dated: October 18, 2011        JEFFER, MANGELS, BUTLER & MITCHELL LLP

                                            /s/ *Martin H. Orlick*
                                            MARTIN H. ORLICK
                                            Attorney for Defendants BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY and NICOLAS A. SPENO 1999 SEPARATE PROPERTY, LLC

## ORDER

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-02642-KJM-GGH, is hereby dismissed with prejudice in its entirety.

Dated: October 24, 2011.

                                            UNITED STATES DISTRICT JUDGE